IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02043-MSK-KMT

EMPLOYERS MUTUAL CASUALTY COMPANY,

    Plaintiff,

v.

DOWNEY EXCAVATION, INC.;
MARCUS L. DEAN;
ROBERT M. ARAGON;
LISA L. ARAGON;
DENNIS J. CHILCOTE;
TERRY L. CHILCOTE; and
LEWIS HAYES BRISKEY,

    Defendants.

_____

## ORDER DISMISSING CLAIMS AGAINST DEFENDANT
_____

THIS MATTER comes before the court on the Stipulatd Motion for Dismissal of Rod Downey (Motion) **(#108)**. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and any and all claims asserted by Plaintiff against Rod Downey are hereby dismissed, with prejudice, each party to pay his, her or its own attorneys' fees and costs. All future captions shall omit Defendant.

DATED this 26th day of March, 2012.

                BY THE COURT:

                *Marcia S. Krieger*
                _____

                Marcia S. Krieger
                United States District Judge