**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   LaDonne Bush          Date:   June 13, 2012
Court Reporter:        Paul Zuckerman

Civil Action No. 10-cv-02043-MSK-KMT

*Parties*:                                                          *Counsel*:

EMPLOYERS MUTUAL CASUALTY                  Natalie R. Sullivan
COMPANY,

           Plaintiff,

v.

DOWNEY EXCAVATION, INC.,                         Donald B. Massey
ROD DOWNEY,
MICHELLE DOWNEY,
MARCUS L. DEAN,
ROBERT M. ARAGON,
LISA L. ARAGON,
DENNIS J. CHILCOTE,
TERRY L. CHILCOTE, and
LEWIS HAYES BRISKEY,

           Defendants.

---

**COURTROOM MINUTES**

---

**Law and Motion Hearing**

**4:08 p.m.**     **Court in session.**

**ORDER:**   Plaintiff's Motion for Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(2) (Doc. 111) is granted and the dismissal is with prejudice.

**ORDER:**   Plaintiff's Motion for Summary Judgment (Doc. 96) is denied as moot.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:** The cross-claims by Rod and Michelle Downey are dismissed. They are dismissed as to Robert M. Aragon without prejudice and as to all other defendants with prejudice.

**ORDER:** The Clerk is directed to close this case for administrative purposes.

**4:18 p.m.** **Court in recess.**

**Total Time:  00:10**
**Hearing concluded.**